IN RE:  **Juanita Lynn Stoddart**                    **CASE NO.: 11-81524**
                                                     **Chapter 13**

---

**AMENDED CHAPTER 13 PLAN**

**Debtor modifies this plan to remove the debt owed to Time Payment Corp.  This debt is a lease and debtor shall make payments directly to said creditor.  Further, debtor modifies to include the debt owed to La. Dept. of Revenue based on the filed proof of claim.  Debtor believes this modification is in the best interest of all parties.**

This pleading is a Bankruptcy Rule 3025 (d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned Debtor(s).     The complete plan can be viewed and printed by logging on to PACER at www. lawb.uscourts.gov.  To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856.  A summary of the contents of the plan filed by Debtor(s) is as follows:

Debtor(s)' *PLAN OF REPAYMENT* pursuant to 11 USC S.S.1321, S.S.1322, and S.S.1325; *PROPOSED ADEQUATE PROTECTION* pursuant to 11 USC S.S.361; Debtor(s) *REQUEST FOR VALUATION OF SECURITY* pursuant to 11 USC S.S.506:

I.     *Plan Summary:*
       A.  Plan Payment: **a total of $3,770.00 shall be paid into the plan over the first 12 months (Dec. 2011-Nov. 2012); $200.00 per month for the remaining 48 months beginning with the December 2012 plan payment**
       B.  Length of plan: **60** months
       C.  Amount of plan: **$13,370.00**
       D.  Amount of secured creditors to be paid by the trustee through
           the plan: **$6,700.00**
           **6.0%** Interest to be paid to secured creditors in this plan: **$1,071.77**
       E.  Amount of priority creditors to be paid in plan: **$375.94**
       F.  Amount of Unsecured class 1 creditors in plan:   **$11,987.39 (based on filed proofs of claim)**
       G.  Percentage to be paid to Unsecured class 1 creditors: **Less than 75%**
       H.  Amount of Residential Mortgage to be thru Plan:  **$0.00**
       I.  Amount of Residential Mortgage Arrears to be paid Thru Plan:  **$0.00**

       Debtor(s) herein will pay or cause to be paid to the standing Chapter 13 Trustee the amount set forth above in the Plan for a term of **60** months.  Said payments are to be made by:  **DIRECT PAY.**

II.    *Payments to be made by the debtors outside the plan:*

| CREDITOR | COLLATERAL | TOTAL DEBT | MONTHLY PAYMENTS |
|---|---|---|---|
| **Time Payment Corp.** | **leased salon equipment** | **$5,310.94** | **$170.00** |

III.   *Disbursements under the plan.*
       A.  Administrative priority claims:
           1)  C. Rodney Harrington - fee of **$2,800.00**
           2)  Chapter 13 Trustee - a fee equal to **10%** of payments.

       B.  **Priority claim.**
           **La. Dept. of Revenue - $375.94 (the balance of $10.92 shall be disbursed through this plan as an unsecured class 1 claim)**

       C.  **Secured claims:**
       The allowed secured claims set forth below shall be paid in full the value of the collateral, **plus 6.0% per annum interest on the collateral value**.  The balance of the claim shall be treated as unsecured.  Each creditor shall retain its lien. The debtors are the owners of the property serving as collateral for payment of the secured claims.  Debtors are aware of the condition of the collateral and know its value.  On the Plan filing date, the property has the value set forth below. The value is based upon disposition of said property in a commercially reasonable manner.

| CREDITOR | COLLATERAL | FMV | TOTAL DEBT | SECURED | INTEREST | UNSECURED |
|---|---|---|---|---|---|---|
| National Auto | 2007 Pontiac G6 | $6,700.00 | **$8,694.25** | $6,700.00 | **$1,071.77** | **$1,994.25** |

**ADEQUATE PROTECTION:** These payments are to be made concurrently with attorney's fees and administrative fees.     National Auto   $20.00

 **D. Residence Mortgage Note:  None**

**Special Class- Mortgage Arrears- None**

 **E. Secured Claims with Collateral to be Surrendered: (In full satisfaction of debt)**

| CREDITOR | TOTAL DEBT | DESCRIPTION OF PROPERTY |
|---|---|---|
| Yamaha | $ 8,183.00 | 2009 Yamaha XVS |
| Capital One Auto | 21,666.65 | 2008 Jeep Wrangler |

 **F.  Unsecured Class 1 claims:  All other creditors not listed herein shall be considered unsecured without priority and shall be paid pro-rata from funds remaining after payment of the scheduled secured and unsecured priority claims.  The Debtors propose to provide a payment of less than 75% to the general unsecured claims with these claim being itemized on Schedule F, or if any unsecured portion, on Schedule D of the petition.**

 **G.  Unsecured Special Class, Paid @ 100% or Co-signed:**
  The debtor desires that the following claims be paid in full through this plan, and, if co-signed, are to protect the interest of debtor's co-signer:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| None | |

**PLAN AND SUMMARY DATE:  12/10/2012**

**Respectfully submitted:**

   /s/C. Rodney Harrington
   **Attorney at Law**
   **P. O. Box 1278**
   **Natchitoches, LA  71458-1278**